Pro Se General Complaint for a Civil Case (Rev.10/16)

# United States District Court
## for the
## NORTHERN DISTRICT OF ALABAMA

Miss DeKorus K Bell

**Plaintiff**
*(Write your full name. No more than one plaintiff may be named in a pro se complaint)*

v. Birmingham Board of Education

**Defendant(s)**
*(Write the full name of each defendant who is being sued. If the names of all defendants cannot fit in the space above or on page 2, please write "see attached" in the space and attach an additional page with the full list of names)*

Case No.: 2:22-CV-477-JHE
*(to be filled in by the Clerk's Office)*

JURY TRIAL ☒ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

    A. **The Plaintiff**
        Name — Miss DeKorus K Bell
        Street Address — P.O Box 11239
        City and County — Birmingham, Jefferson
        State and Zip Code — Alabama 35202
        Telephone Number — 205 386-7958

    B. **The Defendant(s)**

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization or a corporation. If you are suing an individual in his/her official capacity, include the person's job or title. Attach additional pages if needed.

Pro Se General Complaint for a Civil Case (Rev. 10/16)

Defendant No. 1
Name: Birmingham Board of Education
Job or Title: Superintendent
Street Address: 2015 Park Place
City and County: Birmingham  Jefferson
State and Zip Code: Alabama  35203

Defendant No. 2
Name:
Job or Title:
Street Address:
City and County:
State and Zip Code:

Defendant No. 3
Name:
Job or Title:
Street Address:
City and County:
State and Zip Code:

Defendant No. 4
Name:
Job or Title:
Street Address:
City and County:
State and Zip Code:

Pro Se General Complaint for a Civil Case (Rev. 10/16)

    Defendant No. 5
        Name _____
        Job or Title _____
        Street Address _____
        City and County _____
        State and Zip Code _____

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only these types of cases can be heard in federal court: a dispute that involves a right in the United States Constitution or a federal law (as opposed to a state law or local ordinance); a dispute that involves the United States of America (or any of its agencies, officers or employees in their official capacities) as a party; and a dispute between citizens of different states with an amount in controversy that is more than $75,000.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Constitutional or Federal Question    ☐ USA Defendant    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

    **A.**    **If the Basis for Jurisdiction is USA defendant**

        The Defendant(s)

        Name of Agency _____

        Address _____

    **B.**    **If the Basis for Jurisdiction is a Constitutional or Federal Question**

        List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

        Title IV Civil Rights Act 1942 42 USC 2000
        Obstruction of Justice

Pro Se General Complaint for a Civil Case (Rev. 10/16)

### C. If the Basis for Jurisdiction is Diversity of Citizenship

1. The Plaintiff

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

    b. If the defendant is a corporation

    The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

    The amount in controversy – the amount the plaintiff claims the defendant owes or the amount that is at state – is more than $75,000, not counting interest and costs of court, because: *(explain)*

    _____
    _____
    _____

## III. Statement of Claim

Pro Se General Complaint for a Civil Case (Rev. 10/16)

Write a short and plain statement of the claim. Briefly state the facts showing that the plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Upon Refiling Moments of Denied Cases there Has Been a Break in The Complaint The D.O.J is Investigating My Sexual Assault Which Would Bring on The Question of Miss Bell Would Testihate Because of Unverified Educational Report on PSI Burgo to Question of Why Because She was Expelled Behind a Bathroom Issue. But its not the Complaint My Civil Rights Have Been Violated I feel Like they Have Obstructed Justice for The Last (5) Years (See Attachment)

IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks for the court to order. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive (punishment) or exemplary (warning or deterrent) damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Monteary Agreement

40,000,000 totaling dollars

or any Amount Satisfactory To The Courts

Pro Se General Complaint for a Civil Case (Rev.10/16)

## V. Certification and Closing

Under Rule 11 of the Federal Rules of Civil Procedure, by signing below, I certify to the best of my knowledge, information, and belief that this complaint; (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in dismissal of my case.

First Name: DEKorie   Last Name: Bell
Mailing Address: P.O. Box 11239
City and State: Birmingham, Alabama   Zip Code: 35202
Telephone Number: 205 386 7958
E-mail Address: DEKorian99@aol.com

Signature of plaintiff: _____
Date signed: 03/14/2022

**OPTIONAL**

You may request to receive electronic notifications. You <u>may not</u> file documents or communicate with the court electronically. All documents must be submitted in <u>paper</u> and you must serve the defendants.

Type of personal computer and related software/equipment required:

- Personal computer running a standard platform such as Windows or Mac OSX
- Internet access (high speed is recommended)
- A Web browser (Microsoft Internet Explorer 7.0 or 6.0 or Mozilla Firefox 2 or 1.5)
- Adobe Acrobat Reader is needed for viewing e-filed documents
- PACER account – Information and registration at www.pacer.gov

Pro Se General Complaint for a Civil Case (Rev. 10/16)

- You will receive one "free" look of the document. Documents must be viewed within 14 days. You must only single-click on the hyperlink to view.

**Note: You must promptly notice the Clerk's Office, in writing, if there is a change in your designated e-mail address. Failure to update your email address does not excuse failures to appear or timely respond.**

E-mail type:

☐ HTML – Recommended for most e-mail clients
☑ Plain Text – Recommended for e-mail accounts unable to process HTML e-mail

Conditioned upon the sufficiency of your electronic equipment which the court will test and verify receipt, you will be allowed to receive electronic notifications.

By submitting this request, the undersigned consents to electronic service and waives the right to personal service and service by first class mail pursuant to Rule 5(b)(2) of the Federal Rules of Civil Procedure, except with regard to service of a summons and complaint.

When a filing is entered on the case docket, a party who is registered for electronic noticing will receive a Notice of Electronic Filing in his/her designated e-mail account. The Notice will allow one free look at the document, and any attached .pdf may be printed or saved.

IMPORTANT:

Messages sent to Yahoo or AOL accounts are frequently found in the spam folder until the court is added to your address book.

E-mail address designated for noticing: Dekorean99@aol.com

Participant signature: Mr. D Rool

Date: 02/14/2022

This Complaint Isn't About The Bathroom That The Expulsion Will Show But rather the Last five years trying to Bring a Conclusion and a Close to ongoing Issue. Also There D.O.J Complaint That Will Be Attached to it That will Also Connect Broken Situations And Can Corrolate Why Even anything we Being Sexual Assaulted in State Because my Education Couldnt Be Verified in my P.S.I

Miss DeKoriv K Bell
P.O BOX 11239
Birmingham, Al 35202
DEKORIAN99@AOL.COM
205 386 7958

# ID: 136240-TRV   NEW

**RECEIVED:** 11:16 a.m. February 13, 2022

**LAST UPDATED:** 2:49 p.m. April 8, 2022

# Correspondent information

| | |
|---|---|
| **Name** | bell, dekorrie |
| **Email** | tabiasmays01@gmail.com |
| **Phone** | 2058211237 |
| **Address** | 1001 20th st south<br>1005<br>birmingham, AL, 35205 |

# Reported Complaint

| | |
|---|---|
| **What is your primary reason for contacting the Civil Rights Division?** | Mistreated by police, correctional staff, or inmates |
| | None |
| **Did this happen while in custody or incarcerated?**<br>**What type of prison or correctional facility?** | Location: Prison (Federal) |
| **Organization name** | terre haute usp |
| **Where did this happen?** | 4700 S BUREAU RD<br>—<br>BIRMINGHAM, AL |

| | |
|---|---|
| **Do you believe any of these personal characteristics influenced why you were treated this way?** | Gender, Genetic, Race/color, Orientation |
| **Are you now or have ever been an active duty service member?** | Yes |
| **When did this happen?** | 10/12/2014 |

# Personal description

on and around Oct 2014 before being released a sexual assault occurred and was reported but never reported to the proper authorities for said incident that's in question the original incident warranted a stripped search for security reasons thereafter without any consent of the administration or warden several times I was stripped out of my clothes in several and various location unwarranted by the cms workers for what reason beyond my control I reported each and every time it happens to psych services of the complex at that time notes and reports were taken nothing done about it now comes needing validation for other mistakes that has to happen which brings this to question of why I or she would even be in Terre Haute, Indiana and why it has taken 15 yrs to eradicate a parole report in the sentencing memderoaum it says ms bell is a non-violent offender yet she has violence in her jacket not true. if things were done correctly this would have prevented an incident from occurring but we can't blame or lay blame on action that has someone incarcerated and if one is doing their job or not what has to be validated is why not report and record what is true I will be suing Terre Haute Indiana or DOJ for negligence which it is documented and recorded for 225 million dollars and that has to be verified things happen in life that is some time out of control I don't lay blame on anyone rather than seeking clarity for the actions of negligent behavior. this is not a personal vendetta or uncompromising issue but an understanding of why some should just mind their own business this will bring awareness to a lot of other negligent positions and close out a lot of phobia and misconception of one inmate or person my correctional counselor at that time was MR. TADLOCK OF INDIANA AND MY DORM WAS E-1 the complex itself wasn't the issue just the actions of the ones who worked for the system itself. we all can be misunderstood sometimes

# Report language